## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| CONNIE J. RAINS and<br>MELANIE K. CLAXTON, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | No. **3:12-CV-00515** |
| | ) | |
| ISHAWAR PATEL, HARRY PATEL,<br>RAM RATAN CORPORATION, RED ROOF<br>FRANCHISING, LLC and RED ROOF INNS,<br>INC. | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s), that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant(s) Harry Patel, Red Roof Inns, Inc., d/b/a Red Roof Inns, Inc. of Delaware and Red Roof Franchising, LLC and Ishawar Patel, pursuant to F.R.C.P. 41(a)(1)(A)(ii). Plaintiffs will have leave to refile this action.

**Dated: June 1, 2015**


/s/ Ross B. Gray
***Ross B. Gray,***
*Counsel for Plaintiffs*
101 Bruce Street
Sevierville, TN 37862
(865) 453-9996
rgray@etnlegalgroup.com

/s/ Scott D. Hall
***Scott D. Hall,***
*Counsel for Defendant Harry Patel*
105 Bruce Street
Sevierville, TN 37862
(865-428-9900
scott@scottdhallesq.com


/s/ Mary Elizabeth Maddox
***Mary Elizabeth Maddox,***
*Counsel for Red Roof Inns, Inc., d/b/a*
*Red Roof Inns, Inc. of Delaware and Red*
*Roof Franchising, LLC*

/s/ Matthew L. Hoeg
***Matthew L. Hoeg,***
*Counsel for Red Roof Inns, Inc., d/b/a*
*Red Roof Inns, Inc. of Delaware and*
*Red Roof Franchising, LLC*

Franz, McConnell & Seymour, LLP
P.O. Box 39
Knoxville, TN  37901
(865) 546-9321
mmaddox@fmsllp.com

Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, TX  77002
(713)-220-4012
mhoeg@andrewskurth.com


/s/ James Al Holifield, Jr.
***James Al Holifield, Jr.,*** 
*Counsel for Ishawar Patel*
Holifield & Associates P.L.L.C.
11907 Kingston Pike, Suite 201
Knoxville, TN  37934
(865) 566-0115
aholifield@hapc-law.com

/s/ Sarah Rebecca Johnson
***Sarah Rebecca Johnson,*** 
*Counsel for Ishawar Patel*
Holifield & Associates, P.L.L.C.
11907 Kingston Pike, Suite 201
Knoxville, TN  37934
(865) 566-0119
sjohnson@hapc-law.com